KATHRYN E. LARKIN, Now Known as KATHRYN L. MAYER, Appellant, v. THE GREENWICH SAVINGS BANK, Defendant, and EARL DAFFER and Another, as Executors, etc., of MARY LEONARD, Deceased, Respondents.— Judgment dismissing complaint on the merits and awarding to defendants, respondents, the

sum on deposit with the defendant bank unanimously affirmed, with costs. An irrevocable trust was created by delivery of the bank pass book to Mary Leonard and her possession of it until her death and possession thereafter by her attorney. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.